ACCEPTED
01-14-00965-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 7:04:09 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00965-CR

IN THE

COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/7/2015 7:04:09 AM

CHRISTOPHER A. PRINE
Clerk

FOR THE

FIRST JUDICIAL DISTRICT OF TEXAS

AT HOUSTON

_____

ELMER ALVARADO

APPELLANT

vs.

THE STATE OF TEXAS

APPELLEE

_____

From the 248th District Court of Harris County, Texas

Cause No. 1381604

_____

Appellant's First Motion for

Extension of Time to File Brief

_____

TO THE HONORABLE COURT OF APPEALS:

Comes now  Kyle B. Johnson, attorney appointed to represent the appellant in these causes and files this Motion for an Extension of Time to File Appellant's Brief, and in support thereof, respectfully states to the Court as follows:

1.     This appeal lies from the defendant's conviction (by jury) for Indecency with a Child in the case styled *The State of Texas v. Elmer Alvarado,* cause number 1381604.  Mr. Alvarado received 5 years in the Institutional Division of the Texas Department of Criminal Justice on November 20, 2014.

2.     The complete record in this case was filed on March 5, 2015 and the appellant's brief was due yesterday on April 6, 2015.

3.     Counsel is finishing up another brief at present and has had a felony trial that has been carried for the last couple of weeks.  Given these as well as counsel's regular docket, counsel is requesting additional time to review this record and complete the appellant's brief. scheduled for this week.  Counsel is asking that the current due date be extended 60 days .GIVEN THE ABOVE, Kyle B. Johnson, attorney for Elmer Alvarado, the appellant, prays that the due date for appellant brief be extended sixty (60) days or until June 5, 2015.

Respectfully submitted,


  /s/   Kyle B. Johnson
Kyle B. Johnson
TBN:  10763570
929 Preston, Suite 200
Houston, Texas 77002
Tel: (713) 223-4100
Fax: (713) 224-2889

3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document has been forwarded to the Harris County District Attorney's Office by hand-delivering a copy to the Fourteenth Court of Appeals on this 23rd day of February, 2015.

Allen Curry
Appellate Division
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, Texas 77002

/s/ Kyle B. Johnson
Kyle B. Johnson